**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL HOLLIDAY, )<br>            )<br>       Petitioner, )<br>            )     2:10-cv-00534-JCM-PAL<br>vs.         )<br>            )     <u>ORDER</u><br>DWIGHT NEVENS, et al., )<br>            )<br>       Respondents.     / | |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

**IT IS THEREFORE ORDERED** that the clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have twenty (20) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and

properly completed motion for leave to proceed *in forma pauperis*. The failure to timely do so will result in the dismissal of this action.

Dated, this 20 day of April, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE