UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL HOLLIDAY,)
)
　　　　Petitioner,)
) 2:10-cv-00534-JCM-PAL
vs.)
) ORDER
DWIGHT NEVENS, et al.,)
)
)
　　　　Respondents.　　　　/

　　　　Petitioner submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*, despite the court's order giving petitioner an additional thirty days to either submit an application or pay the $5 filing fee. Thereafter the petition was dismissed without prejudice and the case closed. Petitioner has now filed a motion for appointment of counsel (ECF No. 5) which shall be **denied** as this matter is closed.

　　　　**IT IS SO ORDERED**.

　　　　Dated, this 29 day of September 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE